IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    vs.<br><br>ROGER WEIGEL, in his individual capacity; TERRI LEMMON, DAN E. INGALLS, and ROGER WEIGEL, in his capacity as Personal Representative of the Estate of Debralee Flynn;<br><br>             Defendants. | **4:22CV3020**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)    Plaintiff's amended complaint setting forth all grounds for invoking, or potentially invoking, this court's subject matter jurisdiction over this case shall be filed on or before August 16, 2022. Answers or responses to the amended complaint shall be filed on or before August 30, 2022.

2)    The parties may commence jurisdictional discovery to determine if this court has subject matter jurisdiction over this case and personal jurisdiction over the defendants.

3)    Jurisdictional discovery shall be completed on or before October 28, 2022.

4)    Motions asking the court to determine the threshold jurisdictional issues shall be filed on or before November 30, 2022.

5)    Except as to the filings and discovery permitted under paragraphs 1-4 of this order, case progression is stayed pending further order of the court.

Dated this 11th day of August, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge