IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER WEIGEL, in his individual capacity; TERRI LEMMON, DAN E. INGALLS, ROGER WEIGEL, in his capacity as Personal Representative of the Estate of Debralee Flynn; and ESTATE OF DEBRALEE FLYNN,<br><br>Defendants. | 4:22CV3020<br><br><br>ORDER |

This matter was before the Court on November 13, 2025 for the final pretrial conference. In association with this conference, the Court was advised that Roger Weigel is no longer the personal representative of the Estate of Debralee Flynn (the "Estate"). The Estate and Roger Weigel, in his capacity as personal representative, are presently parties to this action. Given the representations to the Court, Roger Weigel is no longer the appropriate representative to prosecute and/or defend claims on behalf of the Estate.

In light of this development, the parties are directed to notify the Estate and the current personal representative of the Estate of the pending action by providing

them a copy of this Order and a copy of the operative pleadings, including Filing Nos. 42, 43, 44, 45, and 128. A certificate of service shall be filed in this Court.

Upon receipt of the aforementioned documents, the Estate and personal representative of the Estate shall retain counsel who should enter their appearance as soon as practicable but no later than 30 days after receipt of this Order. Thereafter, the parties shall confer and realign the parties, as appropriate.

If no appearance has been entered on behalf of the Estate and/or personal representative of the Estate by November 21, 2025, the trial currently set for December 15, 2025 will be continued pending further order of the Court.

If no appearance has been entered on behalf of the Estate and/or personal representative by January 5, 2026, the parties are ordered to show cause as to why no appearance has been made.

IT IS ORDERED.

Dated this 18th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge