IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER WEIGEL, TERRI LEMMON, and ESTATE OF DEBRALEE FLYNN, by and through Personal Representative Dan E. Ingalls,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAN E. INGALLS,<br><br>    Defendant. | 4:22CV3020<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on the Unopposed Motion to Dismiss Party filed by Dan Ingalls, in his capacity of Personal Representative of the Estate of Debralee Flynn. (Filing No. 135.) Mr. Ingalls requests that the Court dismiss the Estate and him, in his capacity as Personal Representative of the Estate of Debralee Fylnn, from this action pursuant to Fed. R. Civ. P. 21. The other parties do not object to this motion.

  Having considered the matter,

**IT IS ORDERED:**

1.  The Estate of Debralee Flynn is dismissed from this suit.
2.  Dan Ingalls, in his capacity as Personal Representative of the Estate of Debralee Flynn, is dismissed from this suit.
3.  The stipulation executed by Mr. Ingalls and Roger Weigel (Filing No. 135) is adopted and approved. Mr. Ingalls and Mr. Weigel have stipulated that they will, in their capacity of past, present, or future personal representative, dismiss any and all claims on behalf of the Estate of Debralee Flynn that could arise by law or in equity in this proceeding with prejudice.
4.  The claims brought on behalf of the Estate of Debralee Flynn by Roger Weigel—then Personal Representative of the Estate of Debralee Flynn—against Mr. Ingalls are dismissed.
5.  The claims brought by Mr. Weigel, Terri Lemmon and Mr. Ingalls individually remain for adjudication.

Dated this 25th day of November, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge